IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| ANGELA L. RUCKMAN, | Case No. 5:21-cv-00923-JRA |
| Plaintiff, | Judge John R. Adams |
| v. | |
| PHH MORTGAGE CORPORATION d.b.a. PHH MORTGAGE SERVICING, *et al.*, | **FIRST STATUS REPORT OF PLAINTIFF ANGELA L. RUCKMAN** |
| Defendants. | |

Plaintiff Angela L. Ruckman ("Plaintiff"), by and through counsel, hereby provides this Status Report per the Case Management Plan in the instant matter (Dkt. No. 8):

(1) All parties to this matter have exchanged initial written discovery requests on respective opposing parties. Such discovery requests remain outstanding and responses have not yet become due.

(2) The parties remain engaged in settlement negotiations. Plaintiff will be providing a counteroffer in response to the outstanding offer of Defendant PHH Mortgage Corporation shortly and has been attempting to investigate and discern pertinent facts to support her anticipated counteroffer.

(3) Defendant Clunk, Hoose Co., LPA filed a Motion for Judgment on the Pleadings (Dkt. No. 22) on October 22, 2021. Plaintiff's deadline to file her response in opposition has not passed and she is formulating such a response.

(4) Plaintiff is not currently aware of any developments which would give rise to a request to deviate from the schedule outlined in the Case Management Plan.

        Respectfully submitted,

        */s/ Daniel M. Solar*
        Daniel M. Solar (0085632)
        Marc E. Dann (0039425)
        Michael A. Smith Jr. (0097147)
        Dann Law
        15000 Madison Avenue
        Lakewood, Ohio 44107
        Telephone: (216) 373-0539
        Facsimile: (216) 373-0536
        notices@dannlaw.com
        *Counsel for Plaintiff Angela L. Ruckman*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Daniel M. Solar*
        Daniel M. Solar (0085632)
        *Counsel for Plaintiff Angela L. Ruckman*