# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANGELA L. RUCKMAN, | Case No.: 5:21-cv-00923-JRA |
| Plaintiff, | |
| v. | |
| PHH MORTGAGE CORPORATION d/b/a PHH MORTGAGE SERVICING, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned enters his appearance as co-counsel for Defendant, PHH Mortgage Corporation d/b/a PHH Mortgage Servicing ("Defendant"), in the above-captioned matter. Please serve copies of all filings and entries on the undersigned.

Respectfully submitted,

*/s/ Robert L. Dawson*
Robert L. Dawson (0079723)
BLANK ROME, LLP
1700 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Tel: (513) 362-8784
Fax: (513) 672-2518
Email: robert.dawson@blankrome.com
*Co-Counsel for Defendant PHH*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2022, this document was electronically filed via the Court's authorized electronic filing system which will send notifications of this filing to the following:

Marc E. Dann
Email: notices@dannlaw.com
*Counsel for the Plaintiff*

Daniel M. Solar
Email: dsolar@dannlaw.com
*Counsel for the Plaintiff*

Michael A. Smith, Jr.
Email: msmith@dannlaw.com
*Counsel for the Plaintiff*

/s/ *Robert L. Dawson*
Robert L. Dawson