**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)**

| | |
|---|---|
| ANGELA L. RUCKMAN, | Case No. 5:21-cv-00923 |
| Plaintiff, | Judge Bridget Meehan Brennan |
| v. | |
| PHH MORTGAGE CORPORATION d/b/a PHH MORTGAGE SERVICING, | **WITNESS LIST OF PLAINTIFF ANGELA L. RUCKMAN** |
| Defendant. | |

Plaintiff Angela L. Ruckman ("Plaintiff" or "Ruckman"), by and through counsel, provides this witness list in accordance with the *Civil Trial Order* (Dkt. No. 83):

1. Angela L. Ruckman c/o Marc Dann, 15000 Madison Ave., Lakewood, OH 44107. Ruckman will be able to testify as to the facts of this matter including but not limited to actions taken and communications exchanged concerning the underlying claims as well as personal testimony as to damages suffered.

2. Howard Handville, or any other appropriate corporate representative designated by Defendant PHH Mortgage Corporation d/b/a. PHH Mortgage Servicing ("Defendant" or "PHH") c/o Simon Fleischmann, Locke Lord LLP, 111 South Wacker Drive, Chicago, IL 60606. Mr. Handville was previously identified and produced as the corporate representative of Defendant pursuant to Fed. R. Civ. P. 30(b)(6) and provided deposition testimony on behalf of PHH. Mr. Handville is expected to be able to testify as to his knowledge as to all matters previously identified in the *Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)* directed to PHH as well as all aspects as to the actions taken by and communications exchanged concerning the underlying claims as well as the policies, procedures, and standard operations of PHH concerning compliance with the Real Estate Settlement Procedures Act , 12 U.S.C. § 2605, *et seq*. (RESPA), Regulation

1

X, 12 C.F.R. § 1024.1, *et seq*., and the Ohio Residential Mortgage Lending Act , R.C. 1322.01, *et seq.*(RMLA).

3.   An appropriate corporate representative designated by Defendant c/o Simon Fleischmann, Locke Lord LLP, 111 South Wacker Drive, Chicago, IL 60606. Defendant is expected to produce an appropriate corporate representative of Defendant to provide testimony on behalf of PHH to which PHH will be bound. Such representative is expected to be able to testify as to all matters previously identified in the *Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)* directed to PHH as well as all aspects as to the actions taken by and communications exchanged concerning the underlying claims as well as the policies, procedures, and standard operations of PHH concerning compliance with the Real Estate Settlement Procedures Act , 12 U.S.C. § 2605, *et seq*. (RESPA), Regulation X, 12 C.F.R. § 1024.1, *et seq*., and the Ohio Residential Mortgage Lending Act , R.C. 1322.01, *et seq.* (RMLA).

4.   Taryn Allred, Ms. Allred is a personal friend of Ruckman with whom Ruckman has discussed the facts and damages of this matter on occasion.

5.   Carol Osburn , Currently residing at Mill Creek Nursing and Rehabilitation Center, 900 Wedgewood Cir., Galion, OH 44833. Ms. Osborn is a personal friend of Ruckman with whom Ruckman has discussed the facts and damages of this matter on occasion.

6.   Adam Whithrow, Midge's Chop Shop, 61 N. Mulberry St., Mansfield, OH 44903. Adam is a hairdresser from whom Ruckman receives services and with whom Ruckman has discussed the facts and damages of this matter on occasion.

7.   Diane S. Bennett, Clunk, Hoose Co., LPA, 495 Wolf Ledges Pkwy, Akron, OH 44311. Ms. Bennett is an employee of Clunk, Hoose Co., LPA, and is expected to be able to testify as to

her communications with Ruckman and representatives at PHH concerning the underlying claims as well as all aspects of any actions taken in relation to the same.

8.  Dr. Carlos Molina Arriola, Third Street Family Health Services, 600 W. 3rd St., Mansfield, OH 44906. Ruckman has received psychiatric treatment from Dr. Molin who will be able to testify as to Ruckman's emotional distress and the treatment sought and provided for the same.

9.  Holly Hutyera, LISW, 1183 Lexington Avenue, Mansfield, OH. Ruckman has received counseling treatment from Ms. Hutyera who will be able to testify as to Ruckman's emotional distress and the counseling sought and provided for treatment of the same.

10. Any witness identified by any other party to this lawsuit.

Respectfully submitted,

*/s/ Daniel M. Solar*
Marc E. Dann (0039425)
Daniel M. Solar (0085632)
Michael A. Smith Jr. (0097147)
Dann Law
15000 Madison Avenue
Lakewood, Ohio 44107
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com

*Counsel for Plaintiff Angela L. Ruckman*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Furthermore, on February 28, 2023, a copy of this filing was emailed to the following:

Judge Bridget Meehan Brennan
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 15B
Cleveland, OH 44113-1843
Brennan_Chambers@ohnd.uscourts.gov

Simon Fleischmann
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
sfleischmann@lockelord.com
*Counsel for PHH Mortgage Corporation d/b/a PHH Mortgage Servicing*

/s/ Daniel M. Solar
Marc E. Dann (0039425)
Daniel M. Solar (0085632)
Michael A. Smith Jr. (0097147)
Dann Law
*Counsel for Plaintiff Angela L. Ruckman*

4