# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ANGELA L. RUCKMAN, | Case No. 5:21-cv-00923-BMB |
| *Plaintiff* | Judge Bridget Meehan Brennan |
| vs. | |
| PHH MORTGAGE CORPORATION d/b/a PHH MORTGAGE SERVICING, et al., | |
| *Defendants*. | |

## STIPULATION OF FACTS

Plaintiff Angela Ruckman and Defendant PHH Mortgage Corporation d/b/a PHH Mortgage Servicing, for their Stipulation of Facts state as follows:

1. On August 24, 2005, plaintiff Angela Ruckman executed a promissory note in the amount of $83,000.00 and a mortgage securing to note for the property located at 837 South Main St. in Mansfield, Ohio.

2. Defendant PHH is the current servicer of the Loan.

3. Plaintiff experienced a financial hardship and became delinquent on her loan on or around April 1, 2019.

4. On March 5, 2020, Defendant filed a foreclosure lawsuit against Plaintiff in the Richland County Court of Common Pleas.

5. In July 2020, Plaintiff completed a loss mitigation application.

6. On August 5, 2020, Defendant acknowledged the complete application.

7. On August 12, 2020, Defendant offered Plaintiff a trial modification plan.

8. Plaintiff made all three trial payments under the trial modification plan for the trial payments of September, October, and November of 2020.

9. On November 6, 2020, Defendant offered Plaintiff a permanent modification which included a Loan Modification Agreement.

10. To accept the Permanent Loan Modification Offer, Plaintiff was to provide payment and the executed Loan Modification Agreement to Defendant no later than November 24, 2020.

11. On November 16, 2020, Defendant also emailed Ruckman a copy of the permanent modification documents.

12. In late November, 2020, Plaintiff asked for additional time to review the modification documents.

13. On December 1, 2020, Defendant told Plaintiff that she had been granted an extension until December 31, 2020, to return the signed modification documents.

14. On March 29, 2021, Clunk Hoose filed a motion for summary judgment in the foreclosure lawsuit.

15. On May 4, 2021, Plaintiff filed this lawsuit.

16. On August 23, 2021, the loan modification was implemented.

17. On August 30, 2021, the foreclosure lawsuit was voluntarily dismissed.

18. The loan modification is still in effect and Plaintiff is current on her payments.

131994164v.1

Dated: February 28, 2023

PHH MORTGAGE CORPORATION
d/b/a PHH MORTGAGE SERVICING

By: */s/ Simon Fleishmann (via email consent)*
    Simon Fleischmann
    Locke Lord LLP
    111 South Wacker Drive
    Chicago, Illinois 60606
    Telephone: (312) 443-0462
    Facsimile: (312) 896-6471
    *sfleischmann@lockelord.com*

ANGELA L. RUCKMAN

By: */s/ Daniel M. Solar*
    Daniel M. Solar (0085632)
    Marc E. Dann (0039425)
    Michael A. Smith Jr. (0097147)
    Dann Law
    15000 Madison Avenue
    Lakewood, Ohio 44107
    Telephone: (216) 373-0539
    Facsimile: (216) 373-0536
    notices@dannlaw.com

## **CERTIFICATE OF SERVICE**

I certify that an exact copy of the foregoing document was electronically filed and served via the ECF system on February 28, 2023.

    */s/ Daniel M. Solar*
    Daniel M. Solar (0085632)