# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION (AKRON)**

| | |
|---|---|
| ANGELA L. RUCKMAN, | Case No. 5:21-cv-00923 |
| Plaintiff, | Judge Bridget Meehan Brennan |
| v. | |
| PHH MORTGAGE CORPORATION d/b/a PHH MORTGAGE SERVICING, | |
| Defendant. | |

## DECLARATION OF NICHOLAS WOOTEN IN SUPPORT OF MOTION FOR

## ADMISSION TO THE NORTHERN DISTRICT OF OHIO

Your movant, Nicholas Wooten, an attorney licensed to practice law in the States of Alabama, Colorado, and Texas, makes the following declaration under penalty of perjury:

I am an experienced federal court litigator. I have attached my admissions to this declaration. I have extensive experience in using the CM/ECF system in bankruptcy, district, and appellate courts throughout the country. I have not taken a recent class on practicing in federal court. However, I did take a class on that topic many years ago as the federal courts transitioned from paper filings to the exclusive use of the CM/ECF system. I have a NextGen enabled PACER account and I have already requested filing privileges and access to the Northern District of Ohio. I request that the Court and Clerk consider my extensive experience in Federal Court and with the CM/ECF system in lieu of requiring a course specific to the Northern District of Ohio.

I make this declaration on the 27th of February 2023.

1.  Nicholas Heath ("Nick") Wooten is employed by DC Law, 1012 W. Anderson Lane, Austin, Texas 78732. Nick's phone is 512-220-1800 and his email is nick@texasjustice.com.

2.  Nick Wooten is a member in good standing of the Bar of the State of Alabama and is a member in good standing of the following Courts:

- The Supreme Court of Texas, April 2022.

- The Supreme Court of the State of Colorado, October 2021.

- The United States Supreme Court, admitted March 2020.

- The Seventh Circuit Court of Appeals, admitted March 2019

- The Trial Bar and General Bar for the Northern District of Illinois, admitted either in December 2014 or January 2015.

- The Alabama Supreme Court and all inferior State Courts, May 1998.

- The United States Court of Appeals for the 11th Circuit, May 1998.

- All United States District Courts for Alabama, 1998.

- All United States Bankruptcy Courts for Alabama, 1998.

- The United States District Court for the Northern District of Florida, 2009 (est.).

- The United States Bankruptcy Court for the Northern District of Florida, 2009 (est).

- Additionally, at various times I have been admitted Pro Hac Vice in State Courts in New York (2009), Kentucky (2009), Ohio (2008), Arkansas (2018), Georgia (2014), Illinois (2018) and Florida (2010).

- I have also been granted Pro Hac Vice admission in Bankruptcy Courts in Delaware (2014), the Eastern District of New York (2011), the Southern District of New York (2008), the Northern District of Mississippi (2010), the Middle District of Louisiana (2008) and the Eastern District of Arkansas (2014).

- I have also been granted Pro Hac Vice Admission in the United States District Court for Kansas (2013) and both the Eastern and Western Divisions of the United States District Court for Arkansas (2014).

1

Respectfully submitted,

/s/ *Nick Wooten*

Movant

Nick Wooten
Attorney at Law
Head of Consumer Litigation

DC LAW, PLLC
1012 W Anderson Ln
Austin, TEXAS 78757
512-220-1800
512-220-1801 FAX
nick@texasjustice.com